UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KIMBERLY CASE DAVIS

VERSUS

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY

CIVIL ACTION

NO. 12-446-JJB

**RULING**

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated August 18, 2014 (doc. no. 15). Plaintiff has failed to timely file an objection.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, under sentence four of 42 U.S.C. §405(g), the final decision of Carolyn W. Colvin, Acting Commissioner of Social Security, denying the application of plaintiff Kimberly Case Davis for disability insurance and supplemental security income benefits is hereby AFFIRMED and this action will be DISMISSED.

Baton Rouge, Louisiana, this 10th day of September 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA